# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAESAR V. VACA, )<br>)<br>Defendant. ) | Case No. 18-00140-01-CR-W-DGK |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On July 16, 2018, the Grand Jury returned a two-count Superseding Indictment. Count One charges that on or about November 20, 2016, in the Western District of Missouri, the Defendant, Caesar V. Vaca, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm and ammunition in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

>   Prior case history:
>   Count Two of the Superseding Indictment charged that on May 24, 2018, Defendant Vaca knowingly and intentionally possessed with intent to distribute some amount of a mixture and substance containing cocaine in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C). The Court granted a motion to sever the counts. A jury trial on Count Two was held on the December 10, 2018 Joint Criminal Jury Trial Docket. Defendant Vaca was found guilty of possession of cocaine.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
Government: William A. Alford, III/Robert M. Smith
Case Agent: Detective Mativvi
Paralegal: Robert Mayo or Allison Byer
Defense: William M. Ermine
Investigator: Gina Slack

**OUTSTANDING MOTIONS**: no outstanding motions

**TRIAL WITNESSES**:
      Government: 17 with stipulations; 26 without stipulations
      Defendants: 10 witnesses, including the Defendant

**TRIAL EXHIBITS**
      Government: approximately 82 exhibits
      Defendant: no more than 18 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
      (x) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 5-6 days total**
      Government's case including jury selection: 4 day(s)
      Defense case: 1-2 day(s)

**STIPULATIONS**: Stipulation as to felony conviction. Contemplating foundation stipulation for jail calls.

**UNUSUAL QUESTIONS OF LAW:** none

**FILING DEADLINES:**

    **Witness and Exhibit Lists**
        Government: Amended Witness filed March 5, 2019; Amended Exhibit list filed February 8, 2019
            **Updated lists due on or before March 12, 2019.**
        Defense: Amended Witness list filed February 6, 2019; Amended Exhibit list filed February 8, 2019
            **Updated lists due on or before March 12, 2019.**

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions:** Proposed Voir Dire and Jury Instructions filed by both parties on February 6, 2019. **Updated Exhibit Index, Voir Dire and Jury Instructions due by noon, Wednesday, March 20, 2019.**

    **Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine: Due on or before March 20, 2019.**

**TRIAL SETTING**: Criminal jury trial docket set for March 25, 2019.

    **Please note:** Judge Kays tried the case involving Count Two of the Superseding Indictment and has indicated to the Government that he would preside over the second trial. The Government requests that trial be set for the end of the first week to go into the second

week for a variety of reasons. One of the government's witnesses has a doctor's appointment on Wednesday March 27th. Two other Government witnesses are unavailable on April 5th. The Government is still working through the jail calls and trying to prepare a transcript. Defense counsel also requests additional time to review the phone calls and thus requests the second week. Prefers starting on Monday and committing to concluding the matter within the week.

**IT IS SO ORDERED.**

*/s/ Lajuana M. Counts*
LAJUANA M. COUNTS
UNITED STATES MAGISTRATE JUDGE